IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 1:14-cv-01021-EGS |
| S. M. R. JEWELL, in her official capacity as Secretary of the United States Department of the Interior, et al., | ) ) ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION TO SETTLE PLAINTIFF'S CLAIMS
FOR ATTORNEYS' FEES AND COSTS**

This Stipulation is entered into by and between Plaintiff Center for Biological Diversity ("Center") and Defendants S. M. R. Jewell, in her official capacity as Secretary of the United States Department of the Interior ("Interior"); and the United States Fish and Wildlife Service ("Service") (collectively, "Defendants") to resolve the Center's combined claims for attorneys' fees and costs in two related cases:  (1) *Center for Biological Diversity v. Jewell*, No. 1:14-cv-00991-EGS (D.D.C.); and (2) *Center for Biological Diversity v. Jewell*, No. 1:14-cv-01021-EGS (D.D.C.).[1]  On September 22, 2014, the parties entered into a settlement agreement that resolved the Center's claims on the merits in the above-captioned matter.  Docket ("Dkt.") 12.  This settlement agreement, which was approved by the Court on September 24, 2014, also set forth a schedule for the parties to address attorneys' fees and costs, requiring, *inter alia*, that the parties notify the Court as to whether they had reached a settlement regarding attorneys' fees and costs.

---

[1] Pursuant to a minute order, dated September 23, 2014, these two cases, which were previously consolidated, were "reinstate[d] . . . as separate cases on the Court's docket."  Minute order, dated Sept. 23, 2014.  Defendants will separately file this Stipulation in the related case.

1

*Id*. at ¶9. The current deadline for the parties to provide such notice to the Court is April 20, 2015. *See* minute order, dated Apr. 2, 2015. The parties have now resolved the Center's combined claims for attorneys' fees and costs in these two cases. Accordingly, the parties hereby stipulate and agree as follows:

    1.    Defendants agree to settle all of the Center's combined claims for attorneys' fees and costs in *Center for Biological Diversity v. Jewell*, No. 1:14-cv-00991-EGS (D.D.C.); and *Center for Biological Diversity v. Jewell*, No. 1:14-cv-01021-EGS (D.D.C.), for a total of $16,000. The Center shall provide Defendants with all necessary information to effectuate such payment. Defendants agree to submit all necessary paperwork for the processing of the payment to the Department of the Treasury, pursuant to 16 U.S.C. §1540(g)(4), within ten (10) business days after entry of this Stipulation or the receipt of all necessary payment information from the Center, whichever is later.

    2.    The Center agrees to accept payment of $16,000 in full and complete satisfaction of any and all claims, demands, rights, and/or causes of action for attorneys' fees and costs to which it may be entitled in connection with the two above-referenced cases through and including the date of this Stipulation. The Center also shall provide to Defendants confirmation of its receipt of payment within ten (10) business days after receipt.

    3.    By entering into this Stipulation, Defendants do not waive any right to contest fees claimed by the Center, including its hourly rates, in any future litigation or continuation of the present two actions. The undersigned parties agree and acknowledge that this Stipulation as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation. Further, the undersigned parties agree that this Stipulation was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested,

denied, and disputed. By entering into this Stipulation, the undersigned parties do not waive any claim or defense.

4. Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that Defendants are obligated to expend or pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. §1341, or any other appropriations law.

5. The undersigned representatives of Defendants and the Center certify that they are fully authorized by the parties they represent to enter into all the terms and conditions of this Stipulation.

6. This Stipulation is effective as of the date it is entered by the Court.

For all these reasons, the Center and Defendants respectfully request that the Court approve the Stipulation, as stated above.

Dated: April 20, 2015                                        Respectfully submitted,

/s/ Amy Atwood                                              JOHN C. CRUDEN
AMY ATWOOD                                                  Assistant Attorney General
Center for Biological Diversity                             SETH M. BARSKY
P.O. Box 11374                                              Section Chief
Portland, OR 97211-0374                                     KRISTEN L. GUSTAFSON
Tel: (971) 717-6401                                         Assistant Section Chief
Fax: (503) 283-5528                                         DANIEL J. POLLAK
E-mail: atwood@biologicaldiversity.org                      Trial Attorney

*Attorney for Plaintiff*

                                                            /s/ H. Hubert Yang
                                                            H. HUBERT YANG
                                                            Trial Attorney
                                                            United States Department of Justice
                                                            Environment & Natural Resources Division
                                                            Wildlife & Marine Resources Section
                                                            Ben Franklin Station
                                                            P.O. Box 7611
                                                            Washington, DC 20044-7611
                                                            Tel: (202) 305-0210

Fax: (202) 305-0275
E-mail: daniel.pollak@usdoj.gov
E-mail: hubert.yang@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 20, 2015, I electronically filed the foregoing Stipulation to Settle Plaintiff's Claims for Attorneys' Fees and Costs and [Proposed] Order with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

    */s/ H. Hubert Yang*
H. HUBERT YANG
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

*Attorney for Defendants*